UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


R.E. Prescott Company, Inc.

    v.                    Civil No. 10-cv-00459-JL

New Hampshire Insurance
    Company, Inc., et al.


**O R D E R**

I hereby recuse myself from presiding over this case.


**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated:  December 8, 2010

cc:  Mark C. Rouvalis, Esq.
     Steven J. Dutton, Esq.
     Andrew D. Dunn, Esq.
     Lee C. Nyquist, Esq.
     Eric B. Hermanson, Esq.
     Stephen H. Roberts, Esq.
     Daniel E. Will, Esq.
     Margaret H. Nelson, Esq.